UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LARRY L. HUNTER,<br><br>                  Plaintiff,<br>    v.<br><br>U.S. BANK NATIONAL ASSOCIATION,<br><br>                  Defendant. | Case No. 2:19-cv-00543-GMN-PAL<br><br>ORDER |

      This matter is before the court on plaintiff Larry L. Hunter's ("Hunter") failure to file a Certificate as to Interested Parties as require by LR7.1-1. The Complaint in this matter was filed in state court on March 11, 2019. Defendant removed (ECF No. 1) the case to federal court on April 2, 2019 and filed a Motion to Dismiss (ECF No. 8) April 8, 2019. Canon 3C(1)(c) of the Code of Conduct for United States Judges and 28 U.S.C. § 455(b)(4) require the court to screen cases for financial disqualification or other financial matters that may call for a judge's recusal (disqualification). LR 7.1-1(a) states, in pertinent part, that "pro se parties and attorneys for private non-governmental parties must identify in the disclosure statement all persons, associations of persons, firms, partnerships or corporations (including parent corporations) that have a direct, pecuniary interest in the outcome of the case."

      The disclosure statement must include the following certification:

> The undersigned, pro se party, certifies that the following may have a direct, pecuniary interest in the outcome of this case: (here list the names of all such parties and identify their connection and interests.) These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.
>
> Signature of pro se party.

Hunter must file a notice with the court disclosing all persons, associations of persons, firms, partnerships or corporations (including parent corporations) that have a direct, pecuniary interest in the outcome of the case. If there are no known interested parties other than those participating in the case, "a statement to that effect will satisfy the rule." LR 7.1-1(b). Additionally, Phillips must promptly file a supplemental notice "upon any change in the information that this rule requires." LR 7.1-1(c).

Accordingly,

**IT IS ORDERED** that Hunter shall file a notice with the court disclosing all persons, associations of persons, firms, partnerships or corporations (including parent corporations) that have a direct, pecuniary interest in the outcome of the case **no later than May 9, 2019.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 25th day of April, 2019.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE